## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Stacy Lawton Guin, individually and as representative of all others similarly situated, | Civil No. 05-668 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Brazos Higher Education Service Corporation, Inc., Affiliated Computer Services, Inc., d/b/a ACS, | |
| Defendants. | |

Pursuant to the Stipulation of Dismissal (Doc. No. 12) **IT IS ORDERED** that

Counts I and II of the Complaint are **DISMISSED WITH PREJUDICE**.

Dated: September 12, 2005

                                                  s/Richard H. Kyle  
                                                  RICHARD H. KYLE  
                                                  United States District Judge