# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Stacy Lawton Guin, individually and as representative of all others similarly situated, | Civil File No. 05-CV-668 (RHK/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| Brazos Higher Education Service Corporation, Inc., and Affiliated Computer Services, Inc., d.b.a. ACS, | |
| Defendants. | |

Pursuant to the Stipulation of Dismissal of Defendant Affiliated Computer Services, Inc., d.b.a. ACS, (Doc. No. 15), **IT IS ORDERED** that all claims against Defendant Affiliated Computer Services, Inc., d.b.a. ACS, are **DISMISSED WITH PREJUDICE**.

Dated: September 14, 2005

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge